UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTOR MANUEL JIMENEZ,

Petitioner,

v.

JOSIE GASTELO,

Respondent.

Case No. EDCV 20-01430 DSF (RAO)

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED:  July 30, 2020

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE